# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

March 3, 2019

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Marzullo v. MoviePass, Inc. (1:20-cv-179-AT)*

Dear Judge Torres,

We represent Plaintiff, Joseph Marzullo, in the above in-captioned case. Defendant has yet to respond to the complaint which is past due. We filed a request to enter default and anticipate filing our motion for default judgment within the next 30 days. We respectfully request that the initial conference scheduled for March 10, 2020 be adjourned in light of the default.

The Courts consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Joseph Marzullo*

---

GRANTED in part, DENIED in part.

The initial pretrial conference scheduled for March 10, 2020 is ADJOURNED to **April 14, 2020**, at **12:40 p.m.** By **April 7, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 3, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge