USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MARZULLO,

          Plaintiff,

-against-

MOVIEPASS INC.,

          Defendant.

20 Civ. 179 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff having moved for default judgment, ECF No. 12, the initial pretrial conference scheduled for April 14, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 13, 2020
       New York, New York

                                  ANALISA TORRES
                              United States District Judge