UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MARZULLO,

                    Plaintiff,

-against-

MOVIEPASS INC.,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2020
```

20 Civ. 179 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Plaintiff's supporting materials for default judgment, the Court concludes that the declaration submitted at ECF No. 13 fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires an "affidavit or declaration **signed by a party with personal knowledge**" (emphasis added). Plaintiff submitted an affidavit signed by his attorney, who is not a party with personal knowledge.

    Accordingly, it is hereby ORDERED that, by **July 24, 2020**, Plaintiff shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

    The Clerk of Court is directed to terminate the motion at ECF No. 12.

    SO ORDERED.

Dated: July 9, 2020
       New York, New York

                                      ANALISA TORRES
                               United States District Judge