UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH MARZULLO<br><br>                       Plaintiff,<br><br>- against -<br><br><br>MOVIEPASS INC.<br><br>                     Defendant. | Docket No. 1:20-cv-0179 (AT) |

**[PROPOSED] ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

Upon the declaration of Richard Liebowitz, sworn to the 21st of July, 2020, and the exhibits annexed thereto, the declaration of Joseph Marzullo and exhibits annexed thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED,** that the above-named defendant, Moviepass Inc. ("Defendant"), show cause at a hearing before this Court at the United States Courthouse, 500 Pearl Street, New York, NY 10007, in the City, County and State of New York, on _____, _____ at _____ o'clock, or soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Joseph Marzullo for the following relief:

1.     Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant ("Defendant");

2.     Ordering Defendant to pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c) for willful copyright infringement;

3.   Ordering Defendant to pay $1912.50 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505;

4.   Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5.   Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

6.   Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**IT IS FURTHER ORDERED** that service of a copy of this order and annexed affidavit

and exhibits upon Defendant via U.S. mail at Defendant's last known business address on or

before _____, _____, shall be deemed good and sufficient service thereof.

Any opposition to entry of a default judgment is due on or before _____,

_____. Any reply shall be due _____.

New York, NY

Dated:  _____        **SO ORDERED.**

_____
Analisa Torres  (U.S.D.J.)