UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOSEPH MARZULLO<br><br>                              Plaintiff,<br><br>- against -<br><br><br>MOVIEPASS INC.<br><br><br>                              Defendant. | Docket No. 1:20-cv-0179 (AT) |

## **[PROPOSED] DEFAULT JUDGMENT**

This matter came before the Court on plaintiff Joseph Marzullo ("Plaintiff")'s motion for

entry of a default judgment against defendant MoviePass Inc. ("Defendant") under Rule 55(b)(2)

of the Federal Rules of Civil Procedure.  After having considered the arguments and authorities

submitted by the Plaintiff, the Court finds as follows:

1.      Plaintiff's complaint and an original summons were served on Defendant on

January 10, 2020.  An affidavit of service was filed with the Court on March 3, 2020.

2.      On March 4, 2020, the Clerk of the Court for the United States District Court,

Southern District of New York entered a default against Defendant for failure to plead or

otherwise defend this action.

3.      Defendant is not a minor, nor an incompetent person, nor a member of the

military service of the United States.

4.     Plaintiff filed his application for entry of default judgment seeking $30,000.00 in statutory damages for copyright infringement, $1912.50 in attorneys' fees, and $440.00 in costs plus interest.

5.     Defendant has not filed any opposition to Plaintiff's application for default judgment.

6.     The Court scheduled a hearing for Plaintiff's application on _____, _____ and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Application for Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $1912.50 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: _____                    **SO ORDERED.**


                                            _____
                                            Analisa Torres (U.S.D.J.)