```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/2022  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MARZULLO,

                Plaintiff,

-against-

MOVIEPASS INC.,

                Defendant.

20 Civ. 179 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated April 20, 2022, seeking an adjournment of the deadline to serve Defendant in this matter, as Plaintiff has been unable to locate Defendant's current business address. ECF No. 29. The request is GRANTED. Accordingly,

1. The show cause hearing scheduled for June 28, 2022, is ADJOURNED to **September 8, 2022**, at **11:00 a.m.** The parties are directed to dial 888-398-2342 and enter access code 5598827.

2. By **June 1, 2022**, Plaintiff shall serve copies of this order, the Amended Order to Show Cause, ECF No. 28, the original Order to Show Cause, ECF No. 23, and the Supporting Documents **by personal service**. **No alternative forms of service will be accepted.**

3. By **June 8, 2022**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Documents that was served upon Defendant (as an attachment to the proof of service).

4. By **June 29, 2022**, Defendant shall respond to Plaintiff's motion.

5. By **July 13, 2022**, Plaintiff shall submit its reply, if any.

SO ORDERED.

Dated: April 20, 2022
      New York, New York

                                              ANALISA TORRES
                                             United States District Judge