UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MARZULLO,

                                Plaintiff,               Civil Action No.: 20-CV-0179-AT

           -against-                       AMENDED
                                           AFFIDAVIT OF SERVICE

MOVIEPASS INC.,

                           Defendants.

State of New York)
             SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 6th day of June, 2022 at the office of the Secretary of State of New York in the City of Albany he served the annexed Docket. No. 17 - [Proposed] Order to Show Cause for Default Judgment, Docket No. 18 - Declaration of Richard Leibowitz, Docket Nos. 18-1 to 18-4 - Exhibit A, B, C, D to the Declaration of Richard Liebowitz, Docket No. 19 - Declaration of Joseph Marzullo, Docket Nos. 19-1 to 19-3 - Exhibit A, B, C to the Declaration of Joseph Marzullo, Docket No. 20 - Statement of Damages, Docket No. 21 – Proposed Default Judgment, Docket No. 30 - Court's Order to Show Cause, and Docket No. 34 - June 3, 2022 Order on **MOVIEPASS INC.** by delivering and leaving with Amy Lesch, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Amy Lesch is a white female, approximately 42 years of age, stands 5 feet 6 inches tall, weight approximately 175 pounds with blonde hair.

Sworn to before me this 14th day of
June, 2022

*Ann M. Malone*
Ann M. Malone
Notary Public, State of New York
Qualified in Albany County
No. 01MA6410748
Commission Expires November 02, 2024

                                        Jeffrey Teitel