USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/13/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MARZULLO,

                 Plaintiff,

- against –

MOVIEPASS INC.

                 Defendant.

Docket No. 1:20-cv-00179 (AT)

## DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Joseph Marzullo ("Plaintiff")'s application for entry of a default judgment against defendant Moviepass Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment on July 21, 2020 [Dkt. Nos. 17-21].

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. By Order to Show Cause [Dkt. No. 30], the Court scheduled a hearing for Plaintiff's application on September 8, 2022 and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $1912.50 in attorneys' fees and $400.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: September 13, 2022
       New York, New York

**SO ORDERED.**

_____
ANALISA TORRES
United States District Judge